IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No. 15-23737 |
| AMETHYST R ARMENTA | * | Chapter 13 |
| | * | |
| Debtor | * | |
| | * | |

**NOTICE OF DEBTOR'S ADDRESS CHANGE**

MADAM CLERK:

Please enter Debtor's new address as:

Amethyst R Armenta
11979 Holly View Drive
Woodbridge, VA 22192

Respectfully submitted,

/s/ Edward V. Hanlon
Edward V. Hanlon, Esq. Fed Bar No. 05757
Law Office of Edward V. Hanlon, Chartered
5510 Cherrywood Lane, Suite G
Greenbelt, Maryland  20770
(301) 474-1800

*CERTIFICATE OF SERVICE*

I certify that on this date one copy of the foregoing was sent via ECF to Trustee Nancy Spencer Grigsby.

/S/ Edward V. Hanlon                                        6 /7/17
Edward V. Hanlon, Esq. Fed Bar No. 05757          Date
Law Office of Edward V. Hanlon, Chartered
5510 Cherrywood Lane, Suite G
Greenbelt, Maryland  20770
(301) 474-1800